IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSEPH P. SMITH, | § | |
| Plaintiff, | § § § | |
| v. | § | CAUSE NO. EP-23-CV-395-KC |
| MERRICK B. GARLAND and U.S. MARSHALS SERVICE, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with the Court's December 8, 2025, Order,[1] granting Defendant's Motion for Summary Judgment, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff's civil case is **DISMISSED with prejudice.**

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 9th day of December, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

---

[1] This case was consolidated with Case No. EP-23-cv-390-KC, and the Court's Order can be found on the docket in the consolidated case. Order, *Smith v. Garland*, No. EP-23-cv-390-KC (W.D. Tex. Dec. 8, 2025), ECF No. 147.